M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: bjohnson@ksjattorneys.com
*Attorneys for Defendant,*
*Lorraine Eldridge*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| EMILY SIPES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LORRAINE ELDRIDGE, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00882 –RFB-PAL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, EMILY SIPES, by and through her attorneys of record, Ganz & Hauf, Chtd., and Defendant, LORRAINE ELDRIDGE, by and through her attorney of record, Kravitz, Schnitzer & Johnson, Chtd. that the case entitled *Emily Sipes v Lorraine Eldridge*, Case No. 2:16-cv-00882-RFB-PAL is hereby dismissed with prejudice and all parties agree to bear their own attorneys' fees and costs.

\\\

\\\

\\\

IT IS SO STIPULATED.

Dated: 9/21/16                                          Dated: 9/21/16

_____              _____
M. BRADLEY JOHNSON, ESQ.                     IDA YBARRA, ESQ.
Nevada State Bar No. 4646                    Nevada State Bar No. 11327
KRAVITZ, SCHNITZER & JOHNSON, CHTD.          GANZ & HAUF, CHTD.
8985 S. Eastern Ave., Ste. 200               8950 W. Tropicana Ave. #1
Las Vegas, NV 89101                          Las Vegas, NV 89147
Telephone: (702) 362-6666                    Telephone: (702) 598-4529
Facsimile: (702) 362-2203                    *Attorneys for Plaintiff*
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.


DATED: September 30, 2016.


_____
RICHARD F. BOULWARE, II
United States District Judge